**98–1775.   Perez v. Falls Fin., Inc.**
Summit App. Nos. 18334 and 18335.
   RESNICK, COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1779.   State v. Conyers.**
Lucas App. No. L–97–1327.   Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–1929, *infra.*
   F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**98–1807.   In re Guardianship of Lombardo.**
Summit App. No. 18605.   Discretionary appeal allowed on Propositions of Law Nos. I and II only.
   F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., would allow all propositions of law.
   DOUGLAS, RESNICK and COOK, JJ., dissent.

**98–1808.   Richey v. Johnson & Hardin Co.**
Hamilton App. No. C–970767.   Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–2723, *Johnson v. BP Chem., Inc.,* Allen App. No. 1–97–32;  briefing schedule stayed.
   F.E. SWEENEY and PFEIFER, JJ., dissent.

**98–1826.   Cole v. Am. Industries & Resources Corp.**
Jefferson App. No. 96JE51.   On motion for admission *pro hac vice* of Melvin L. Moser and John H. Williams, Jr.   Motion granted.
   COOK and LUNDBERG STRATTON, JJ., dissent.
   Discretionary appeal allowed.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1843.   Rush v. Astro Container Co.**
Hamilton App. No. C–970759.   Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–2723, *Johnson v. BP Chem., Inc.,* Allen App. No. 1–97–32;  briefing schedule stayed.

**98–1855.   Plumbers & Steamfitters Local Union 83 v. Union Local School Dist. Bd. of Edn.**
Belmont App. No. 97–BA–40.
   MOYER, C.J., would allow on Proposition of Law No. III.
   COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1915.   H & D Steel Serv., Inc. v. Weston, Hurd, Fallon, Paisley & Howley.**
Cuyahoga App. No. 72758.
   MOYER, C.J., and DOUGLAS, J., dissent.

**98–1929.   State v. Schultz.**
Hamilton App. No. C–970954.   Discretionary appeal allowed and cause consolidated with 98–1779, *supra.*
   F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**98–1990.   Allstate Ins. Co. v. Cole.**
Summit App. No. 18733.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.